1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH L. STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
               **SACRAMENTO DIVISION**
11

12 VALERIE BARTON o/b/o        )
   H.B.,                       )   CIVIL NO. 2:14-cv-01209 EFB
13                             )
         Plaintiff,            )
14                             )   STIPULATION AND P~~ROPOSED~~ ORDER
            v.                 )
15                             )
   CAROLYN W. COLVIN,          )
16 Acting Commissioner of      )
   Social Security,            )
17                             )
         Defendant.            )
18 _____)

19
       IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,
20
   subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice
21
   Act, (EAJA) in the amount of FIVE THOUSAND, FIVE HUNDRED DOLLARS ($5500.00). This amount
22
   represents compensation for all legal services counsel rendered on behalf of Plaintiff in connection with this
23
   civil action, in accordance with 28 U.S.C. § 2412(d).
24
       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
25
   and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the
26
   agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
27
   Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.
28

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: December 4, 2015

Respectfully submitted,
/s/ *Stephen A. Valizan*
(As authorized via email)
STEPHEN A. VALIZAN
Attorney for Plaintiff

Dated: December 4, 2015

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Rregional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: December 7, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE